**Electronically Filed
Supreme Court
SCWC-20-0000586
31-JAN-2025
03:42 PM
Dkt. 19 ODSAC**

SCWC-20-0000586

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

HALEIWA TOWN CENTER,
Petitioner/Plaintiff-Appellant/Cross-Appellee,

vs.

TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP aka
KAMEHAMEHA SCHOOLS, MICAH ALIKA KANE, in his capacity as
Trustee, LANCE KEAWE WILHELM, in his capacity as Trustee,
ROBERT K.W.H. NOBRIGA, in his capacity as Trustee,
CRYSTAL K. ROSE, in her capacity as Trustee,
and ELLIOTT KAWAIHOʻOLANA MILLS, in his capacity as Trustee,
Respondents/Defendants-Appellees/Cross-Appellants.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000586; CASE. NO. 1CCV-20-0000112)

ORDER DISMISSING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, and Ginoza, JJ.,
and Circuit Judge Wong in place of Devens, J., recused)

It appearing that the judgment on appeal in the above-referenced matter not having been filed by the Intermediate Court of Appeals at the time the application for writ of certiorari was filed, see Hawaiʻi Revised Statutes § 602-59(a) (2017); see also Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 36(b)(1) (2016),

It is hereby ordered that Respondents' motion to dismiss Petitioner's application for writ of certiorari filed on January 21, 2025, is granted.  The application is dismissed without prejudice to re-filing pursuant to HRAP Rule 40.1(a) (2020) ("The application shall be filed within thirty days after the filing of the intermediate court of appeals' judgment on appeal or dismissal order, unless the time for filing the application is extended in accordance with this rule.").

DATED:  Honolulu, Hawaiʻi, January 31, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins



/s/ Lisa M. Ginoza

/s/ Paul B.K. Wong